**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1521**

---

DANIEL GONZALEZ,

    Plaintiff - Appellant,

  v.

UNITED STATES; UNKNOWN DEFENDANTS,

    Defendants - Appellees.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:24-cv-02630-GLR)

---

Submitted:  December 23, 2025      Decided:  December 30, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Daniel Gonzalez, Appellant Pro Se.  Ariana Wright Arnold, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee United States.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Gonzalez appeals the district court's order dismissing his complaint against the United States under the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671-2680.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Gonzalez v. United States*, No. 1:24-cv-02630-GLR (D. Md. Apr. 8, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
